HENRY M. ADKINS & SON - CLINTON, MO  FORM A-557

# SUMMONS IN CIVIL CASE.

| | CV604-75CC |
|---|---|
| | CASE NUMBER |

| IN THE CIRCUIT COURT OF | **LEWIS** | COUNTY, | DIVISION |
|---|---|---|---|

| | |
|---|---|
| **IAN T. RICE** | **DEFENDANT(S) SUMMONED/ADDRESS** |
| | **The Hartford Casualty Insurance Company** |
| | **C/O Director of Insurance** ~~SUP RECEIPT~~ DATE |
| | **301 West High Street, Room 530** |
| Plaintiff(s) | **Jefferson City, Missouri  65101** MAR 1 4 2004 |
| vs. | STATE OF MISSOURI |
| | DEPARTMENT OF INSURANCE |
| **THE HARTFORD CASUALTY INSURANCE** | **PLAINTIFF'S ATTORNEY** |
| **COMPANY OF CONNECTICUT** | **Andrew Farwell** |
| | **ADDRESS / TELEPHONE   516 North Baltimore, Suite A-1** |
| | **Kirksville, Missouri   63501** |
| Defendant(s) | **(660) 665-2115** |

The State of Missouri to Defendant: You are summoned to appear before this Court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

Seal of Circuit Court

**April 1, 2004**      **WILLIAM B. SMITH**
_____          CLERK
DATE          By: _____
         DEPUTY CLERK

## DIRECTIONS TO CLERK

The clerk should insert in the summons the names of only the defendant or defendants who are to be personally served by the officer to whom the summons is delivered. The summons should be signed by the clerk or deputy clerk under seal of the court and a copy of the summons and a copy of the petition for each of such defendants should be delivered along with the original summons to the officer or other person who is to make service. This copy of the summons may be a carbon or other copy and should be signed and sealed in the same manner as the original but it is unnecessary to certify that the same is a true copy. The copy of the petition may be a carbon or other copy and should be attached to the copy of the summons but need not be certified a true copy. If plaintiff has no attorney, the address of plaintiff should be stated in the summons, and the words "attorney — for" eliminated. (See Rules 54 and 56.26)

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant with _____, a person of the defendant's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
(name) _____; (title) _____, at (address) _____

☐ (other) _____

Served in _____ County, MO on this _____ day of _____, 19 _____.

| SHERIFF'S FEES | | |
|---|---|---|
| Summons | $ _____ | |
| Non est | $ _____ | SHERIFF |
| Mileage | $ _____ | By: _____ |
| **TOTAL** | $ _____ | DEPUTY SHERIFF |

A copy of the summons and a copy of the petition must be served on EACH defendant.
For methods of service in all classes of suits see Civil Rule 54.

PD70-7-7603

Case: 2:04-cv-00033-TIA    Doc. #: 1-2    Filed: 05/06/04    Page: 2 of 23 PageID #: 5

FILED

APR 01 2004

William B. Smith
Circuit Clerk
Lewis Co. Monticello, MO

## IN THE CIRCUIT COURT OF LEWIS COUNTY, MISSOURI

IAN T. RICE )
30510 State Hwy. T )
Excello, MO 65247 )
)
      Plaintiff, )
)
v. )    Case No.: CV604-75CC
)
THE HARTFORD CAUSALTY INSURANCE )
COMPANY OF CONNECTICUT )
Hartford Plaza )
Hartford, Connecticut 06115 )
<u>Serve:</u> The Hartford Casualty Ins. Co. )
      c/o Director of Insurance )
      301 W. High Street, Room 530 )
      Jefferson City, MO 65101 )
      Defendant. )

LAW DEPARTMENT

APR 2 ₀ '04

RECEIVED

## PETITION FOR BREACH OF CONTRACT, VEXATIOUS REFUSAL TO PAY CLAIM, and DAMAGES FROM LOST BUSINESS INCOME

### COUNT I
### BREACH OF CONTRACT

     **COMES NOW** Plaintiff, Ian T. Rice, by counsel, Andrew Farwell, and in support of his petition, states as follows:

     1.      At all times herein mentioned and referred to, Plaintiff resided at 30510 State Highway T, Excello, Macon County, Missouri.

     2.      That at all times herein mentioned and referred to, the Defendant, The Hartford Casualty Insurance Company, was a foreign corporation authorized to conduct business and issue policies of property insurance in the State of Missouri.

     3.      That at such times noted herein, the Defendant did issue insurance policies through its independent agent, Canton Insurance Agency, of Lewis County, Missouri, and did further operate and otherwise conduct business in the State of Missouri from a location at 406 Clark Street in the City of Canton.

     4.      At all times herein mentioned and referred to, the Plaintiff was a defined insured under a property insurance policy issued to the Plaintiff by the Defendant, pursuant to its policy number/claim number 20 SBA TB2761 DV.

     5.      That Defendant, on or about September 27, 2002, for an agreed premium which was paid, issued to Plaintiff a policy of insurance. The policy declarations of said insurance policy are attached hereto as "Exhibit A" and incorporated as if set forth herein.

6.    At such times herein mentioned and referred to, the above-noted property insurance policy did contain a provision for the payment of property damage incurred by the Plaintiff, up to the sum of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00).

7.    That while the policy was in full force and effect, on or about September 28, 2002, Plaintiff's entire business inventory located at 1231 Bonansinga Drive, Quincy, Illinois was destroyed by fire, causing Plaintiff damages in an amount in excess of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00).

8.    That the inventory destroyed by the fire was covered by the insurance policy issued by the Defendant. A list of the goods destroyed by the fire, and the value of those goods, is attached hereto as "Exhibit B."

9.    That all conditions precedent to accrual of liability have been performed or have occurred including the filing of a proper and valid proof of loss accepted by the Defendant as such.

10.    That Defendant has refused to accept liability for the loss and refused to pay to Plaintiff the sum below mentioned constituting Plaintiff's loss as fixed by the policy.

11.    That by reason of the premises herein alleged, Defendant owes Plaintiff the amount of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00) with interest from the date of the refusal to pay.

**WHEREFORE,** Plaintiff requests judgment against the Defendant in an amount which is fair and reasonable, for costs and expenses, for attorney fees, and for such further relief as the Court deems just in the premises.

## COUNT II
## VEXATIOUS REFUSAL TO PAY

**COMES NOW**, Plaintiff, Ian T. Rice, by counsel, Andrew Farwell, and in support of his petition herein, states as follows:

1.    Plaintiff hereby incorporates those allegations contained in paragraphs 1-11 as if set forth fully herein.

2.    That due demand had been made on the Defendant by the Plaintiff on September 30, 2002 by notifying the Defendant's local agent of Plaintiff's need to file a claim and on July 31, 2003 by filing a proof of loss statement with the Defendant.

3.    That the demand requested payment of the ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00) policy limit for the loss as covered by the property insurance policy. The Defendant has wrongfully refused to pay.

4.    This refusal to make payment to Plaintiff pursuant to the policy provisions of the property insurance is vexatious in nature to the extent to justify and cause an award of additional

Case: 2:04-cv-00033-TIA    Doc. #: 1-2    Filed: 05/06/04    Page: 4 of 23 PageID #: 7

amounts to the Plaintiff for the delay and refusal and for the attorney's fees related to this action pursuant to the provisions of V.A.M.S. 375.420.

     5.      The Plaintiff's attorney's fees incurred to effect recovery in this matter is the reasonable amount of ONE – THIRD (1/3) of all monetary awards entered by the trier of fact in this matter.

     **WHEREFORE,** the Plaintiff prays for judgment against the Defendant for damages in an amount that is fair and reasonable, and prays judgment for interest thereon at the legal rate from the date of demand for payment, and prays judgment for an additional sum in the amount of FIFTEEN THOUSAND ONE HUNDRED and FIFTY DOLLARS ($15,150.00) for Defendant's vexatious refusal to make payment following demand for payment, and prays judgment for the sum of ONE-THIRD (1/3) of the monetary amount awarded as and for attorney's fees, and prays judgment for the costs expended herein.

## COUNT III
## DAMAGES FROM LOST BUSINESS INCOME

     **COMES NOW,** Plaintiff, Ian T. Rice, by counsel, Andrew Farwell, and in support of his petition herein, states as follows:

     1.      Plaintiff hereby incorporates those allegations contained in paragraphs 1-11 of Count I, as if set forth fully herein.

     2.      At such times herein mentioned and referred to, the above-noted property insurance policy did contain a coverage provision for the loss of business income.

     3.      That Plaintiff's net profit return on items of property sold through his auction business averages One-Hundred Percent (100%).

     4.      That Plaintiff expected to sell all property within a twelve (12) month period.

     5.      That as a result of the fire and destruction of the property, Plaintiff was unable to sell said property at auction.

     6.      That because Plaintiff was unable to sell said property, he is reasonably certain that he has suffered damages in the amount of One Hundred and Fifty Thousand Dollars ($150,000.00), representing his actual net loss of business income.

     **WHEREFORE,** Plaintiff requests judgment against the Defendant in an amount which is fair and reasonable, for costs and expenses, for attorney fees, and for such further relief as the Court deems just in the premises.

_____
Ian T. Rice, Plaintiff


_____
**Andrew Farwell, #52004**
**THE FARWELL LAW FIRM, LLC**
516 N. Baltimore, Suite A-1
Kirksville, Missouri 63501
Tele: 660/665-2115
Fax: 866/257-2554
Attorney for Plaintiff


STATE OF MISSOURI          )
                           ) ss.
COUNTY OF ADAIR            )

       Before me, a notary public, appears Ian T. Rice, known to me to be the Plaintiff herein, and states that the facts contained herein are true to his best knowledge and belief.


_____
Ian T. Rice, Plaintiff

Subscribed and sworn to before me this 17th day of March , 200 4 .

```
* " NOTARY SEAL " *
Andrew Farwell, Notary Public
Adair County, State of Missouri
My Commission Expires 1/1/2008
```

_____
Notary Public

My commission expires: _____

Case: 2:04-cv-00033-TIA   Doc. #: 1-2   Filed: 05/06/04   Page: 6 of 23 PageID #: 9

**EXHIBIT**

**A**

# Hartford Spectrum
## Business Insurance Policy



Case: 2:04-cv-00033-TIA   Doc. #: 1-2   Filed: 05/06/04   Page: 7 of 23 PageID #: 10

This is a true and exact copy of policy <u>20 SBA TB2761</u>
Which policy was in full force and effect on <u>09/27/02</u> thru
<u>10/11/02.</u>  Certification dated at Charlotte, North Carolina
the <u>21ST</u> of <u>February,</u> 2002.


Underwriting Co.
<u>Hartford Casualty Co.</u>

Signature
By: ***Dan Mille***

Case: 2:04-cv-00033-TIA Doc. #: 1-2 Filed: 05/06/04 Page: 8 of 23 PageID #: 11

61
27
TB
SBA

This **Spectrum Policy** consists of the Declarations, Coverage Forms, Common Policy Conditions and any other Forms and Endorsements issued to be a part of the Policy. This insurance is provided by the insurance company of The Hartford Insurance Group shown below.

**INSURER:**  HARTFORD CASUALTY INSURANCE COMPANY
HARTFORD PLAZA, HARTFORD, CT 06115

COMPANY CODE: 3

**Policy Number:** 20 SBA TB2761  DV

## SPECTRUM POLICY DECLARATIONS ORIGINAL


THE HARTFORD

**Named Insured and Mailing Address:**   IAN RICE
(No., Street, Town, State, Zip Code)

1231 BONANSINGA DRIVE
QUINCY                IL  62301

**Policy Period:**          From   09/27/02    To   10/11/02    14 DAYS
12:01 a.m., Standard time at your mailing address shown above. **Exception:** 12 noon in Maine, Michigan, New Hampshire, North Carolina.

**Name of Agent/Broker:** MSC INS AGCY OF TN,LLC/SCIC
**Code:** 241036

**Previous Policy Number:**    NEW

**Named Insured Is:** INDIVIDUAL

**Audit Period:** NON-AUDITABLE

**Type of Property Coverage:** SPECIAL

**Insurance Provided:** In return for the payment of the premium and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy.

**TOTAL ANNUAL PREMIUM IS:**          $500     MP

Countersigned by _____

Authorized Representative          Date

**Form SS 00 02 11 93 T** Printed in U.S.A. (NS)
**Process Date:** 01/30/03

Page 001 (CONTINUED ON NEXT PAGE)
**Policy Expiration Date:** 10/11/02

UW COPY

Case: 2:04-cv-00033-TIA Doc. #: 1-2 Filed: 05/06/04 Page: 9 of 23 PageID #: 12

## SPECTRUM POLICY DECLARATIONS (Continued)
POLICY NUMBER: 20 SBA TB2761

Location(s), Building(s). Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

Location: 001       Building: 001

1231 BONANSINGA DRIVE
QUINCY              IL  62301

Description of Business:
COLLECTIBLES (NEW MERCHANDISE ONLY)


Deductible: $  500 PER OCCURRENCE


BUILDING AND BUSINESS PERSONAL PROPERTY      LIMITS OF INSURANCE

   BUILDING
                                             NO  COVERAGE




   BUSINESS PERSONAL PROPERTY

     REPLACEMENT COST                        $   150,000


   PERSONAL PROPERTY OF OTHERS

     REPLACEMENT COST                        NO  COVERAGE


   MONEY AND SECURITIES

     INSIDE THE PREMISES                     $    10,000
     OUTSIDE THE PREMISES                    $     5,000

## SPECTRUM POLICY DECLARATIONS (Continued)

POLICY NUMBER: 20 SBA TB2761

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

Location: 001        Building: 001

### PROPERTY OPTIONAL COVERAGES APPLICABLE        LIMITS OF INSURANCE
            TO THIS LOCATION

SUPER STRETCH
FORM: SS 04 74
THIS FORM INCLUDES MANY ADDITIONAL
COVERAGES AND EXTENSIONS OF
COVERAGES. A SUMMARY OF THE
COVERAGE LIMITS IS ATTACHED.

11306

*0100020TB27610101

# SPECTRUM POLICY DECLARATIONS   (Continued)
POLICY NUMBER: 20 SBA TB2761

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 002        **Building:** 001

B25 SOUTH FRONT
QUINCY                    IL  62301

**Description of Business:**
COLLECTIBLES  (NEW MERCHANDISE ONLY)

**Deductible:** $  500 PER OCCURRENCE

| BUILDING AND BUSINESS PERSONAL PROPERTY | LIMITS OF INSURANCE |
|---|---|
| BUILDING | |
| | NO COVERAGE |
| BUSINESS PERSONAL PROPERTY | |
| REPLACEMENT COST | $   50,000 |
| PERSONAL PROPERTY OF OTHERS | |
| REPLACEMENT COST | NO COVERAGE |
| MONEY AND SECURITIES | |
| INSIDE THE PREMISES | $   10,000 |
| OUTSIDE THE PREMISES | $    5,000 |

Form SS 00 02 11 93 T  Printed in U.S.A. (NS)           **Page** 004  (CONTINUED  ON NEXT PAGE)
**Process Date:** 01/30/03                              **Policy Expiration Date:** 10/11/02

Case: 2:04-cv-00033-TIA   Doc. #: 1-2   Filed: 05/06/04   Page: 12 of 23 PageID #: 15

## SPECTRUM POLICY DECLARATIONS (Continued)
POLICY NUMBER: 20 SBA TB2761

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

Location: 002     Building: 001

PROPERTY OPTIONAL COVERAGES APPLICABLE      LIMITS OF INSURANCE
TO THIS LOCATION

SUPER STRETCH
FORM: SS 04 74
THIS FORM INCLUDES MANY ADDITIONAL
COVERAGES AND EXTENSIONS OF
COVERAGES. A SUMMARY OF THE
COVERAGE LIMITS IS ATTACHED.

11807

*01000200TB27610101

Form SS 00 02 11 93 T Printed in U.S.A. (NS)
Process Date: 01/30/03

Page 005 (CONTINUED ON NEXT PAGE)
Policy Expiration Date: 10/11/02

## SPECTRUM POLICY DECLARATIONS (Continued)
POLICY NUMBER: 20 SBA TB2761

| PROPERTY OPTIONAL COVERAGES APPLICABLE TO ALL LOCATIONS | LIMITS OF INSURANCE |
|---|---|
| BUSINESS INCOME AND EXTRA EXPENSE COVERAGE COVERAGE INCLUDES THE FOLLOWING COVERAGE EXTENSIONS: | 12 MONTHS ACTUAL LOSS SUSTAINED |
| ACTION OF CIVIL AUTHORITY: | 30 DAYS |
| EXTENDED BUSINESS INCOME: | 30 CONSECUTIVE DAYS |

EQUIPMENT BREAKDOWN COVERAGE
 COVERAGE FOR DIRECT PHYSICAL LOSS
 DUE TO:
  MECHANICAL BREAKDOWN,
  ARTIFICIALLY GENERATED CURRENT
  AND STEAM EXPLOSION

THIS ADDITIONAL COVERAGE INCLUDES
THE FOLLOWING EXTENSIONS
  HAZARDOUS SUBSTANCES                $   25,000
  CFC REFRIGERANTS                    $   25,000

MECHANICAL BREAKDOWN COVERAGE ONLY
APPLIES WHEN BUILDING OR BUSINESS
PERSONAL PROPERTY IS SELECTED ON
THE POLICY

## SPECTRUM POLICY DECLARATIONS (Continued)

POLICY NUMBER: 20 SBA TB2761

| BUSINESS LIABILITY | LIMITS OF INSURANCE |
|---|---|
| LIABILITY AND MEDICAL EXPENSES | $1,000,000 |
| MEDICAL EXPENSES - ANY ONE PERSON | $ 10,000 |
| PERSONAL AND ADVERTISING INJURY | $1,000,000 |
| DAMAGES TO PREMISES RENTED TO YOU    ANY ONE PREMISES | $ 300,000 |
| AGGREGATE LIMITS    PRODUCTS-COMPLETED OPERATIONS | $2,000,000 |
| GENERAL AGGREGATE | $2,000,000 |
| EMPLOYMENT PRACTICES LIABILITY COVERAGE: FORM SS 09 01 | |
| EACH CLAIM LIMIT | $ 5,000 |
| DEDUCTIBLE - EACH CLAIM LIMIT    NOT APPLICABLE | |
| AGGREGATE LIMIT | $ 5,000 |

RETROACTIVE DATE: 09272002

This Employment Practices Liability Coverage contains claims made coverage. Except as may be otherwise provided herein, specified coverages of this insurance are limited generally to liability for injuries for which claims are first made against the insured while the insurance is in force. Please read and review the insurance carefully and discuss the coverage with your Hartford Agent or Broker.

The Limits of Insurance stated in this Declarations will be reduced, and may be completely exhausted, by the payment of "defense expense" and, in such event, The Company will not be obligated to pay any further "defense expense" or sums which the insured is or may become legally obligated to pay as "damages".

THIS POLICY INCLUDES A $ 500
DEDUCTIBLE UNDER PROPERTY DAMAGE
LIABILITY COVERAGE
SEE FORM SS 03 05

11808

*0100020TB27610101

**SPECTRUM POLICY DECLARATIONS** (Continued)
**POLICY NUMBER:** 20 SBA TB2761

**Form Numbers of Forms and Endorsements that apply:**

| | | | |
|---|---|---|---|
| SS 00 01 04 93 | SS 00 05 06 96 | SS 00 07 04 01 | SS 00 08 04 01 |
| SS 84 15 03 00 | SS 01 23 03 92 | SS 01 63 03 00 | SS 03 05 08 97 |
| SS 04 19 06 96 | SS 04 30 03 00 | SS 04 39 10 96 | SS 04 41 04 01 |
| SS 04 42 03 00 | SS 04 44 09 93 | SS 04 45 10 96 | SS 04 46 09 01 |
| SS 04 47 09 01 | SS 04 74 09 01 | SS 04 78 04 01 | SS 04 80 03 00 |
| SS 04 86 03 00 | IH 10 01 09 86 | SS 05 12 03 92 | SS 05 47 09 01 |
| SS 09 01 09 00 | SS 09 06 06 01 | SS 09 42 07 93 | SS 40 18 03 00 |

EXHIBIT
B

## Items Bought From Shaffer Construction

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---:|---|---:|---:|
| 220 | BIKE HELMETS | $4.50 | $990.00 |
| 112 | PAD SETS | $3.25 | $364.00 |
| 215 | BASEBALL GLOVES | $4.50 | $967.50 |
| 72 | SOCCER BALLS | $2.50 | $180.00 |
| 49 | BASKETBALLS | $3.00 | $147.00 |
| 112 | BALLS, MISC. | $1.50 | $168.00 |
| 5624 | TOYS, MISC. | $2.50 | $14,060.00 |
| 540 | STUFFED ANIMALS | $2.00 | $1,080.00 |
| 480 | PICTURE FRAMES, SMALL | $1.80 | $864.00 |
| 513 | PICTURE FRAMES, LARGE | $2.25 | $1,154.25 |
| 150 | QUILTS | $12.50 | $1,875.00 |
| 200 | THROW RUGS | $4.00 | $800.00 |
| 180 | SHEET SETS | $3.00 | $540.00 |
| 230 | TOWEL SETS | $2.00 | $460.00 |
| 350 | WOODEN BIRD HOUSES | $2.50 | $875.00 |
| 120 | WOODEN BIRD FEEDERS | $2.50 | $300.00 |
| 164 | WOODEN BOWL SETS | $5.00 | $820.00 |
| 230 | WOODEN TOWEL & NAPKIN HOLDERS | $1.00 | $230.00 |
| 318 | THROW PILLOWS | $2.00 | $636.00 |
| 426 | GUN RACKS | $22.00 | $9,372.00 |
| 2609 | MISC. FISHING EQUIPMENT | $1.10 | $2,869.90 |
| 600 | PET COLLARS | $0.50 | $300.00 |
| 380 | BRUSHES | $1.10 | $418.00 |
| 438 | LEASHES | $1.50 | $657.00 |
| 1580 | BABY TOYS | $2.15 | $3,397.00 |
| 81 | STOOL PLUNGERS | $2.00 | $162.00 |
| 260 | BABY GATES | $4.10 | $1,066.00 |
| 192 | PLASTIC RIDE TOYS | $8.25 | $1,584.00 |
| 137 | WOODEN BABY BEDS | $22.50 | $3,082.50 |
| 153 | PLAY OVENS | $6.00 | $918.00 |
| 284 | DOLL HOUSES | $15.00 | $4,260.00 |
| 262 | PUP TENTS | $12.00 | $3,144.00 |
| 140 | SIX PEOPLE TENTS | $22.00 | $3,080.00 |
| 63 | LADDERS | $7.00 | $441.00 |
| 84 | STEP LADDERS | $8.00 | $672.00 |
| 64 | WASTE CANS | $2.50 | $160.00 |
| 143 | DUST PANS | $1.50 | $214.50 |
| 96 | PORCH SWINGS | $35.00 | $3,360.00 |
| 194 | BROOMS | $2.10 | $407.40 |
| 74 | PAINT ROLLERS/PANS | $3.00 | $222.00 |
| 178 | FLASH LIGHTS | $2.00 | $356.00 |
| 414 | LARGE CANDLES | $1.50 | $621.00 |
| 623 | SMALL CANDLES | $1.00 | $623.00 |
| 214 | SHORT, FAT CANDLES | $2.10 | $449.40 |
| 1080 | WRAPPING PAPER, 4 ROLLS/PACK | $1.15 | $1,242.00 |
| 866 | WOODEN WALL DECOR | $2.00 | $1,732.00 |
| 2500 | SMALL BOXES | $1.00 | $2,500.00 |

| Qty | Item | Price | Total |
|---|---|---|---|
| 3000 | LARGE BOXES | $1.25 | $3,750.00 |
| 115 | HATS | $1.50 | $172.50 |
| 31 | BOXING GLOVE SETS | $3.50 | $108.50 |
| 23 | PUNCHING BAGS | $25.00 | $575.00 |
| 375 | ELECTRIC TOYS | $4.00 | $1,500.00 |
| 306 | SANDALS | $2.00 | $612.00 |
| 98 | DRESSERS, 4 DRAWER | $20.00 | $1,960.00 |
| 240 | LAWN CHAIRS | $4.00 | $960.00 |
| 184 | GUN CASES | $35.00 | $6,440.00 |
| 138 | COFFEE TABLES | $22.00 | $3,036.00 |
| 210 | JEWELRY BOXES | $3.00 | $630.00 |
| 180 | SLEEPING BAGS | $5.00 | $900.00 |
| 61 | BABY STROLLERS | $7.00 | $427.00 |
| 194 | DOLLS | $2.50 | $485.00 |
| 18 | CAR SEATS | $28.00 | $504.00 |
| 274 | TOY BOXES | $12.00 | $3,288.00 |
| 830 | GAMES | $1.00 | $830.00 |
| 480 | PUZZLES | $0.50 | $240.00 |
| 275 | FISHING RODS | $5.00 | $1,375.00 |
| 87 | WATER SKIS | $35.00 | $3,045.00 |
| 15 | SNOW BOARDS | $35.00 | $525.00 |
| 147 | POOL QUES | $4.00 | $588.00 |
| 291 | PAINT BRUSHES | $0.75 | $218.25 |
| 95 | TRASH CANS | $2.25 | $213.75 |
| 212 | FIGURINES | $3.00 | $636.00 |
| 270 | COOLERS | $3.00 | $810.00 |
| 312 | EXTENSION CORDS | $3.00 | $936.00 |
| 640 | CHRISTMAS ICECLES | $1.00 | $640.00 |
| 380 | CHRISTMAS WRAP | $2.00 | $760.00 |
| 1020 | CHRISTMAS LIGHTS | $0.75 | $765.00 |
| 450 | FLAGS | $0.75 | $337.50 |
| 540 | FLOAT TOYS | $3.00 | $1,620.00 |
| 320 | TEE SHIRTS | $1.25 | $400.00 |
| 185 | PLASTIC TOOL BOXS | $3.50 | $647.50 |
| 300 | PLASTIC STORAGE BOXES | $3.00 | $900.00 |
| 45 | CASES OF PAPER TALEILS | $8.00 | $360.00 |
| 300 | CHINET—20 EACH 16 0Z PLASTIC CUPS | $0.50 | $150.00 |
| 550 | TAP LIGHTS | $0.75 | $412.50 |
| 250 | WATER GUNS | $2.00 | $500.00 |
| 500 | PACKS OF TATOOS | $0.25 | $125.00 |
| 6000 | PRESIOUS MOMINT CARDS | $0.50 | $3,000.00 |
| 180 | LAP TOP CASES | $7.00 | $1,260.00 |
| 460 | FLOOR MATS | $2.00 | $920.00 |
| 210 | LEATHR CASES FOR CELL PHONES | $0.25 | $52.50 |
| 430 | CELL PHONE CHARGERS- CAR | $0.50 | $215.00 |
| 420 | CELL PHONE BELT HOOKS | $0.50 | $210.00 |
| 395 | FACE PLATES | $0.75 | $296.25 |
| 326 | CAR ANTENNAS | $2.50 | $815.00 |
| 430 | TOLIET KITS | $1.50 | $645.00 |
| 245 | TOLIET BRUSHS | $1.00 | $245.00 |
| 330 | TOLIET HOLDER | $2.25 | $742.50 |
| 2200 | MISC STOPPERS -SPRAYERS | $1.00 | $2,200.00 |
| 315 | WOODEN ROCKING HORSES | $10.00 | $3,150.00 |
| 242 | WISHING WELLS | $12.50 | $3,025.00 |

| 185 | WOODEN FOLDING CHAIRS | $7.00 | $1,295.00 |
| 220 | WOODEN STEP STOOLS | $4.25 | $935.00 |
| 190 | WOODEN COAT HOLDERS | $1.50 | $285.00 |
| 158 | MARTIN HOUSES | $4.50 | $711.00 |

Total                                                              $136,206.20

# Inventory Lost in Fire

| | | | |
|---|---|---|---|
| 1 | 12x20 Canopy | $75.00 | $75.00 |
| 1 | 4 Drawer Cabinet | $15.00 | $15.00 |
| 2 | 5 Drawer Chest | $10.00 | $20.00 |
| 1 | 5 pc. Ball Pier Hammer (wood) | $3.08 | $3.08 |
| 2 | 9x7 Garage Door | $95.00 | $190.00 |
| 1 | A/C | $30.00 | $30.00 |
| 4 | Ab Doer | $2.00 | $8.00 |
| 3 | ACCV Sharp | $5.60 | $16.80 |
| 1 | Air Hockey Game | $20.00 | $20.00 |
| 1 | Air hockey table | $55.00 | $55.00 |
| 2 | Air Walker | $15.00 | $30.00 |
| 7 | Alarm | $5.00 | $35.00 |
| 1 | AM/FM Record Player | $32.50 | $32.50 |
| 1 | Angel Frog | $3.90 | $3.90 |
| 2 | Angel Frog Dish | $2.90 | $5.80 |
| 1 | Angle Grinders | $7.00 | $7.00 |
| 22 | Army Jackets | $0.75 | $16.50 |
| 180 | Asst. Candy | $0.04 | $7.20 |
| 230 | Asst. Candy | $0.02 | $4.60 |
| 32 | Asst. electronics | $3.50 | $112.00 |
| 21 | Asst. Exercise | $0.30 | $6.30 |
| 40 | Asst. Items | $0.20 | $8.00 |
| 146 | Asst. Items | $0.20 | $29.20 |
| 320 | Asst. Snacks | $0.04 | $12.80 |
| 255 | Asst. Snacks | $0.03 | $7.65 |
| 216 | Asst. Toys | $0.05 | $10.80 |
| 160 | Asst. Toys | $0.05 | $8.00 |
| 202 | Asst. Toys | $0.05 | $10.10 |
| 23 | Asst. Toys | $0.15 | $3.45 |
| 22 | Back Packs | $0.30 | $6.60 |
| 130 | Bag Candy | $0.10 | $13.00 |
| 3 | Ball Pt. Hex Key Set | $3.28 | $9.84 |
| 2 | Basketball Games | $37.50 | $75.00 |
| 2 | Basketball Games | $27.50 | $55.00 |
| 2 | Bass Plaque | $1.20 | $2.40 |
| 1 | Battery Saver | $5.00 | $5.00 |
| 2 | Bear | $1.99 | $3.98 |
| 12 | Bear | $2.44 | $29.28 |
| 38 | Belts | $0.02 | $0.76 |
| 4 | Boats | $9.00 | $36.00 |
| 190 | Bonkers | $0.02 | $3.80 |
| 300 | Bonkers | $0.04 | $12.00 |
| 9 | Bow Games | $1.50 | $13.50 |
| 15 | Box Candy | $0.50 | $7.50 |
| 8 | Box Fans | $8.00 | $64.00 |
| 270 | Box Fuses | $0.03 | $8.10 |
| 40 | Box Groceries | $2.50 | $100.00 |
| 1 | Box of Asst. Candy | $3.00 | $3.00 |
| 5 | Box of Candy | $3.00 | $15.00 |

Case: 2:04-cv-00033-TIA   Doc. #: 1-2   Filed: 05/06/04   Page: 20 of 23 PageID #: 23

| | | | |
|---|---|---|---|
| 1 | Box of Power Bars | $2.00 | $2.00 |
| 1 | Box Ratchet | $5.00 | $5.00 |
| 10 | Boxes of Bagged Candy | $4.00 | $40.00 |
| 34 | Breadmaker | $11.00 | $374.00 |
| 45 | Brushes | $0.30 | $13.50 |
| 6 | Burner | $0.50 | $3.00 |
| 12 | Calculators | $1.25 | $15.00 |
| 11 | Candy | $6.00 | $66.00 |
| 129 | Candy Lip Stick | $0.06 | $7.74 |
| 8 | Car Starter | $12.50 | $100.00 |
| 3 | Car Stereo | $25.00 | $75.00 |
| 4 | Car Stereo | $30.00 | $120.00 |
| 25 | Case of Candy | $1.25 | $31.25 |
| 17 | Check Writers | $0.25 | $4.25 |
| 76 | Chez its | $0.10 | $7.60 |
| 5 | Combination Tables | $14.00 | $70.00 |
| 3 | Combo Socket | $4.57 | $13.71 |
| 1 | Comforters | $6.50 | $6.50 |
| 205 | Cookies | $0.10 | $20.50 |
| 86 | Cookies | $0.10 | $8.60 |
| 49 | Cookware | $0.50 | $24.50 |
| 6 | Cordless Phone | $2.00 | $12.00 |
| 10 | Cordless Phones | $5.50 | $55.00 |
| 1 | Country Pillow | $6.00 | $6.00 |
| 5 | Cross Bow | $6.00 | $30.00 |
| 1 | Dust Pan | $2.17 | $2.17 |
| 1 | Ear Temp. | $14.00 | $14.00 |
| 2 | Eggs | $0.65 | $1.30 |
| 3 | Etch-a-Sketch | $9.00 | $27.00 |
| 13 | Exercise Bikes | $5.00 | $65.00 |
| 6 | Fan | $11.00 | $66.00 |
| 9 | Fax Toner | $7.00 | $63.00 |
| 4 | Film | $5.00 | $20.00 |
| 5 | Fooseball | $45.00 | $225.00 |
| 1 | Fooseball Tables | $20.00 | $20.00 |
| 136 | Fruit Twists | $0.06 | $8.16 |
| 3 | Futons | $7.50 | $22.50 |
| 29 | Garage Parking Aid | $0.60 | $17.40 |
| 3 | GE Microwave | $47.50 | $142.50 |
| 1 | Giraffe | $1.00 | $1.00 |
| 1 | Glider Rocker | $55.00 | $55.00 |
| 9 | Glue Gun | $2.50 | $22.50 |
| 6 | Gold Indian | $2.30 | $13.80 |
| 33 | Golf Bags | $2.00 | $66.00 |
| 10 | Golf Bags | $3.00 | $30.00 |
| 32 | Golf Club Protectors | $0.25 | $8.00 |
| 3 | Grinders | $4.00 | $12.00 |
| 3 | Hair Clippers | $4.00 | $12.00 |
| 1 | Halogen Light | $12.50 | $12.50 |
| 3 | Hand Held Computer | $150.00 | $450.00 |
| 222 | Hats | $0.25 | $55.50 |
| 4 | Heart Dishes | $15.00 | $60.00 |
| 18 | Holders | $0.10 | $1.80 |
| 8 | Insulated Pak | $0.75 | $6.00 |

| 32 | Jewelry | $0.05 | $1.60 |
|---|---|---|---|
| 2 | Jig Saw | $8.53 | $17.06 |
| 3 | Jump Rope | $3.00 | $9.00 |
| 288 | Key Chain | $0.09 | $25.92 |
| 4 | Lg Bikes | $32.50 | $130.00 |
| 1 | L-House Night Light | $8.20 | $8.20 |
| 1 | Life Gear Bike | $15.00 | $15.00 |
| 10 | Light & Learn | $1.50 | $15.00 |
| 1 | Light House | $10.40 | $10.40 |
| 1 | M. Scene | $15.00 | $15.00 |
| 1 | Microwave | $45.00 | $45.00 |
| 1 | Mini Recorder | $17.50 | $17.50 |
| 1 | Mini Sail Boat | $8.60 | $8.60 |
| 2 | Mirror Back China Cabinet | $125.00 | $250.00 |
| 1 | Misc. Skid | $40.00 | $40.00 |
| 1 | Misc. Skid | $45.00 | $45.00 |
| 5 | Multi Function Printer | $85.00 | $425.00 |
| 2 | Multi-Function Fax Machine | $15.00 | $30.00 |
| 2 | Nascar | $10.00 | $20.00 |
| 54 | Nascar Games | $2.00 | $108.00 |
| 144 | Necklace | $0.02 | $2.88 |
| 264 | Necklace | $0.02 | $5.28 |
| 25 | Nike Bags | $3.00 | $75.00 |
| 1 | Office Chair | $80.00 | $80.00 |
| 1 | Organizer | $20.00 | $20.00 |
| 2 | Ovens | $27.00 | $54.00 |
| 2 | Ovens | $17.00 | $34.00 |
| 4 | Ovens | $16.00 | $64.00 |
| 4 | Ovens | $20.00 | $80.00 |
| 48 | Packs of Flinstone toys | $0.10 | $4.80 |
| 201 | Packs of welding rods | $0.85 | $170.85 |
| 26 | Pair of Gloves | $1.50 | $39.00 |
| 1 | Pants Press | $45.00 | $45.00 |
| 1 | Paper | $1.00 | $1.00 |
| 7 | Photo Paper | $2.00 | $14.00 |
| 2 | Photo Printer | $25.00 | $50.00 |
| 1 | Pig | $2.40 | $2.40 |
| 52 | Ping Pong Net | $0.20 | $10.40 |
| 3 | Preschool Desktop | $6.00 | $18.00 |
| 1 | Printer | $50.00 | $50.00 |
| 12 | Projection Clocks | $3.00 | $36.00 |
| 1 | Raft Outfit | $50.00 | $50.00 |
| 1 | Record Player | $22.50 | $22.50 |
| 1 | Record Player | $25.00 | $25.00 |
| 1 | Recumbant Bike | $11.00 | $11.00 |
| 8 | Robo Baby | $2.75 | $22.00 |
| 7 | Rocdale Knife | $3.25 | $22.75 |
| 20 | Rod & Reels | $9.00 | $180.00 |
| 1 | Rug | $6.00 | $6.00 |
| 8 | Rumble Robots | $3.50 | $28.00 |
| 1 | Safe | $80.00 | $80.00 |
| 80 | Scales | $0.25 | $20.00 |
| 19 | Scooters | $10.00 | $190.00 |
| 1 | Screenhouse | $17.50 | $17.50 |

| | | | |
|---|---|---|---|
| 1 | Screenhouse | $10.00 | $10.00 |
| 1 | Shark | $2.40 | $2.40 |
| 1 | Sharp Organizer | $30.00 | $30.00 |
| 2 | Sharp Organizer | $13.00 | $26.00 |
| 12 | Silver/2 Blade | $2.68 | $32.16 |
| 1 | Skid of Air Hockey Tables | $130.00 | $130.00 |
| 2 | Skid of Air Hockey Tables | $275.00 | $550.00 |
| 1 | Skid of Air Hockey Tables | $200.00 | $200.00 |
| 1 | Skid of Exercise Equipment | $65.00 | $65.00 |
| 2 | Skid of Exercise Equipment | $30.00 | $60.00 |
| 1 | Skid of Exercise Equipment | $22.50 | $22.50 |
| 2 | Skid of Exercise Equipment | $32.50 | $65.00 |
| 3 | Skid of Exercise Equipment | $25.00 | $75.00 |
| 2 | Skid of Exercise Equipment | $45.00 | $90.00 |
| 1 | Skid of Exercise Equipment | $15.00 | $15.00 |
| 1 | Skid of Exercise Equipment | $40.00 | $40.00 |
| 2 | Skid of Exercise Equipment | $55.00 | $110.00 |
| 1 | Skid of Misc. | $60.00 | $60.00 |
| 1 | Skid of Misc. | $10.00 | $10.00 |
| 1 | Skid of Misc. | $75.00 | $75.00 |
| 1 | Skid of Misc. | $25.00 | $25.00 |
| 1 | Skid of Misc. | $40.00 | $40.00 |
| 9 | sockets | $0.10 | $0.90 |
| 1 | Sofa | $30.00 | $30.00 |
| 1 | Solocall | $20.00 | $20.00 |
| 1 | Sour Punch | $0.04 | $0.04 |
| 3 | Spider | $1.50 | $4.50 |
| 6 | Spider | $1.91 | $11.46 |
| 5 | Starwars | $3.00 | $15.00 |
| 1 | Static Ball | $30.00 | $30.00 |
| 2 | Steam Press | $7.00 | $14.00 |
| 1 | Steam Press | $25.00 | $25.00 |
| 1 | Stereo | $35.00 | $35.00 |
| 36 | Stuffed Animals | $0.15 | $5.40 |
| 500 | Sunglasses | $0.15 | $75.00 |
| 37 | Sunglasses | $3.00 | $111.00 |
| 50 | Sunglasses Accesories | $0.05 | $2.50 |
| 1 | Super Power | $20.00 | $20.00 |
| 2 | Tables | $20.00 | $40.00 |
| 6 | Taplights | $2.00 | $12.00 |
| 1 | Tarp | $4.00 | $4.00 |
| 34 | Tarps | $1.25 | $42.50 |
| 22 | Telephones | $2.00 | $44.00 |
| 6 | Tie Down | $4.00 | $24.00 |
| 24 | Tie Downs | $2.25 | $54.00 |
| 10 | Toothbrushes & Thermometers | $5.00 | $50.00 |
| 15 | Tout Sweet | $0.50 | $7.50 |
| 1 | Tow Rope | $2.31 | $2.31 |
| 1 | Towel Warmer | $11.00 | $11.00 |
| 20 | Tower Fans | $18.00 | $360.00 |
| 6 | Tractor Seat | $4.00 | $24.00 |
| 6 | Tractor Trucks | $6.00 | $36.00 |
| 17 | Tree Saws | $2.00 | $34.00 |
| 12 | Trimmes | $4.00 | $48.00 |

Case: 2:04-cv-00033-TIA   Doc. #: 1-2   Filed: 05/06/04   Page: 23 of 23 PageID #: 26

| | | | |
|---|---|---|---|
| 1 | Tropical Night Light | $9.30 | $9.30 |
| 2 | Trouble Lites | $3.18 | $6.36 |
| 2 | Trout Plaque | $1.20 | $2.40 |
| 1 | Truck Tool Box | $22.50 | $22.50 |
| 1 | Turntable | $17.50 | $17.50 |
| 159 | Twist Candy | $0.04 | $6.36 |
| 1 | Umbrella | $22.50 | $22.50 |
| 380 | War Heads | $0.11 | $41.80 |
| 6 | War Plane | $2.05 | $12.30 |
| 3 | Water Cooler | $45.00 | $135.00 |
| 4 | Water Cooler | $32.50 | $130.00 |
| 80 | Water Guns | $0.15 | $12.00 |
| 14 | Weight Bar | $2.00 | $28.00 |
| 12 | Whitetail Pocket | $1.70 | $20.40 |
| 1085 | Water Bottles | $0.02 | $21.70 |
| 3000 | Motovational Tapes | $1.50 | $4,500.00 |
| 2000 | Music Tapes | $1.00 | $2,000.00 |
| 1000 | Videos | $2.00 | $2,000.00 |
| 1 | Wiring Harness | $4.00 | $4.00 |
| 12 | Wrenches | $12.00 | $144.00 |
| 2 | Zipco | $5.00 | $10.00 |

Total                                      $18,698.65