IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| IAN T. RICE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:04CV00033 TIA |
| ) | |
| THE HARTFORD CASUALTY ) | |
| INSURANCE COMPANY OF ) | |
| CONNECTICUT, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR DISMISSAL**

COMES NOW Plaintiff and Defendant and stipulate and agree that Plaintiff's cause herein shall be dismissed with prejudice.  Each party shall bear their own costs.

Witness our hands this _____ day of _____, 2005.


/s/ Scott C. Harper,            #14582          /s/ Andrew Farwell
BRINKER & DOYEN, L.L.P.                         THE FARWELL LAW FIRM, L.L.C.
120 S. Central, Suite 700                       516 N. Baltimore, Suite A1
Clayton, MO 63105                               Kirksville, MO 63501
***Attorney for Defendant***                    ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2005  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Mr. Andrew Farwell, 516 N. Baltimore, Suite A-1, Kirksville, MO  63501 and certify that I have mailed by United States Postal Service the document to the non CM/ECF participants.


/s/ Scott C. Harper